IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY MARLOW,

    Petitioner/Defendant,

    v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

Case No. 04-CV-4175-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on petitioner's 28 U.S.C. § 2255 motion to vacate, correct, or modify sentence, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Respondent and against Petitioner as to all claims in this case and that this case is hereby **DISMISSED WITH PREJUDICE**.

**DATED: July 19, 2006.**

                            **NORBERT G. JAWORSKI, CLERK**

                            s/Brenda K. Lowe
                            **Deputy Clerk**

**APPROVED:   s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**